**Roberto IFILL, Plaintiff–Appellant,**

**v.**

**John E. POTTER, Postmaster General, United States Postal Service, Defendant–Appellee.**

**No. 07–1599.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2008.

Decided: May 12, 2008.

Francis H. Koh, Koh Law Firms, LLC, North Bethesda, Maryland, for Appellant. Chuck Rosenberg, United States Attorney, Kevin J. Mikolashek, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Ifill appeals the district court's order granting the Postmaster General's summary judgment motion on Ifill's hostile work environment and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ifill v. Potter*, No. 1:06–cv–01393 (E.D.Va. Apr. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*